OSCN Found Document:MEYER v. SMITH

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 
 Court Dockets
 

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 MEYER v. SMITH
2015 OK 86
Case Number: 114409
Decided: 12/14/2015
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2015 OK 86, __ P.3d __

 
NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

KURT MEYER, Defendant/Petitioner,
v.
HONORABLE CLANCY SMITH, Presiding Judge, HONORABLE GARY L. LUMPKIN, Vice Presiding Judge, HONORABLE ARLENE JOHNSON, Judge, HONORABLE DAVID B. LEWIS, Judge, HONORABLE ROBERT L. HUDSON, Judge, and THE COURT OF CRIMINAL APPEALS OF THE STATE OF OKLAHOMA, Respondents.

ORDER

¶1 Original Jurisdiction is assumed. Article 7, Section 4 of the Oklahoma Constitution. Declaratory relief is hereby granted to provide for uniform computation of the time periods set forth in District Court Rule 15, 12 O.S.2011, Ch. 2, App., previously adopted by this Court to govern disqualification of judges in both civil and criminal proceedings. All time periods shall be computed based upon business days whether disqualification is sought in a civil or criminal case.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 14th DAY OF DECEMBER, 2015.

/S/CHIEF JUSTICE 

¶2 REIF, C.J., KAUGER, WATT, EDMONDSON, COLBERT, and GURICH, JJ., concur.

¶3 WINCHESTER and TAYLOR, JJ., dissent.

¶4 COMBS, V.C.J., disqualified.






 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 None Found.